**E-FILED**
Thursday, 28 April, 2005  09:45:45 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

|                    Plaintiffs, |

v.                                            Case No. See Exhibit A **FILED**

Industrial Holdings Co. and Carborundum Co.                    APR 2 7 2005

|                    Defendants. |                    JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO DISMISS DEFENDANTS INDUSTRIAL HOLDINGS AND
## CARBORUNDUM FROM PLAINTIFFS' LAWSUITS

Now come plaintiffs by their attorney, Michael Cascino, and move to dismiss the
defendants Industrial Holdings Co. and Carborundum Co. from each of their asbestos lawsuits
with prejudice subject to payment and all parties to bear their own costs. In support thereof,
plaintiffs state:

1.    Plaintiffs have settled their malignant asbestos claim against defendants Industrial
      Holding Co. and Carborundum Co.

2.    Plaintiffs have signed releases.

**WHEREFORE,** plaintiffs pray this Honorable Court enter the attached order.


Michael Cascino

1

Michael Cascino
Attorney for Plaintiffs
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600

| Last | First | FilingState | Circuit/Dist | Division | Case# |
|------|-------|-------------|--------------|----------|-------|
| Dual | Monte | IL | CENTRAL | ROCK ISLAND | 01-4008 |
| Taylor | James | IL | CENTRAL | ROCK ISLAND | 96-4021 |

**EXHIBIT**

tabbies*

*A*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

              Plaintiffs,

                                    Case No. See Exhibit A

v.

Industrial Holdings Co. and Carborundum Co.

              Defendants.

## **AGREED ORDER**

      These matters having been brought pursuant to plaintiffs' motion to dismiss only defendants Industrial Holdings Co. and Carborundum Co. from their lawsuits by agreement of the plaintiffs and said defendants that said dismissal is without costs and with prejudice subject to receipt of payment.


_____                    _____

Honorable Charles Weiner                                       Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

        Plaintiffs,

                                  Case No. See Exhibit A

v.

Industrial Holdings Co. and Carborundum Co.

        Defendants.

**FILED**

APR 2 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE OF FILING

To: (See attached Service List)

On <u>April 26, 2005</u>, Plaintiff(s) sent for filing a Motion to Dismiss Defendants Industrial Holdings Co. and Carborundum Co. from Plaintiffs' Lawsuits to the United States District Court, Central District of Illinois, Rock Island Division, copies of which are attached hereto and hereby served upon you.

Michael Cascino
CASCINO VAUGHAN LAW OFFICES, LTD.
220 S. Ashland Ave.
Chicago, IL 60607
312-944-0600

## PROOF OF SERVICE

I, the undersigned, a non-attorney, on oath state: True and correct copies of this notice and aforementioned motion were served upon all counsel on the attached service list at their respective addresses by depositing same in the U.S. Mail at 220 S. Ashland Ave., Chicago Illinois, prior to 4:30 p.m. on April 26, 2005.

[X]Under penalties as provided by law pursuant to 735 ILCS 5/1-109,
I certify that the statements set forth herein are true and correct.

Illinois Service List

**Stefan Borne**

Foreman, Perry, Watkins, Krutz & Tarrdy, PLLC
1200 One Jackson Place
188 East Capitol St.
Jackson, MS 39201

**Honorable Charles Weiner**

c/o Bruce Lassman
601 Market Street, 6th Floor
Room 6613
Philadelphia, PA 19106

**Jeffrey Hebrank**

Burroughs, Hepler, Broom, MacDonald &
Hebrank
103 West Vandalia Street
PO Box 510 Suite 300
Edwardsville, IL 62025